**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel Queiruga and Helen Queiruga, | No. CV-07-8057-PCT-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| Capital Lending & Investments, Inc., | |
| Defendants. | |

Pursuant to Notice of Dismissal filed by Plaintiffs Manuel and Helen Queiruga (Dkt. 5),

**IT IS HEREBY ORDERED** that Plaintiffs' claims against all Defendants are **DISMISSED WITH PREJUDICE**.

DATED this 27th day of September, 2007.

Stephen M. McNamee
United States District Judge